ACCEPTED
03-14-00588-CR
3951097
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 2:41:58 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00588-CR**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 2:41:58 PM
JEFFREY D. KYLE
Clerk

*IN THE*

*COURT OF APPEALS*

*THIRD DISTRICT OF TEXAS*

*AUSTIN, TEXAS*

| | | |
|---|---|---|
| STATE OF TEXAS | § | APPELLANT |
| VS. | § | |
| HECTOR MARTINEZ | § | APPELLEE |

APPEAL FROM THE 427th JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D-1-DC-13-900228

**APPELLE'S MOTION FOR EXTENTION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

Comes Now, Hector Martinez, Appellee in the above-styled cause, and respectfully moves for a deadline for filing the Appellee's brief, and in accordance with the Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

a) The Defendant filed a Motion to Suppress Evidence on August 1, 2014. The Trial Court filed an Order granting the Motion to Suppress

Evidence on September 9, 2014. The State timely filed notice of appeal in the above cause on September 11, 2014. The reporter's record was filed on September 22, 2014. The clerk's record was filed on October 8th 2014.

b) The Defendant's brief is currently due on **January 30, 2015.**

c) This request is that the deadline for filing the Appellee's brief be extended by **30 days.**

d) This is the Appellee's first request for an extension.

e) The Appellee relies upon the following facts to reasonably explain the need for an extension of the deadline:

1) The State filed its brief on December 31st, 2014, a day more commonly known as New Year's Eve.

2) Appellee's counsel maintains an active civil and criminal law practice in Travis, Caldwell, Hays, Williamson, and Hidalgo Counties. Since the filing of the State's notice of appeal and State's brief Appellee's counsel has been responsible for the maintenance of multiple cases spanning Central and South Texas.

3) Further, the state raised the issue of exigent circumstances in the State's brief. This issue was previously discussed as a *non-*

*issue* between the State's attorney and Appellee's attorney. This issue now being raised requires additional research for Appellee's counsel.

**WHEREFORE,** Hector Martinez, Appellee, respectfully requests the Court extend the deadline for filing Appellee's brief to **March 2nd, 2014.**

Respectfully submitted,

JOHN N. DE LA VIÑA
Attorney for Hector Martinez
SBN: 24078407
702 Rio Grande Street
Austin, Texas 78701
512.897.3325
Fax No. 512.501.6307
Delavina.law@gmail.com
www.delavinalaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion this motion contains 282 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

John N. de la Viña
Attorney At Law

## CERTIFICATE OF SERVICE

I hereby certify that, on the 29th day of January, 2015, a true and correct copy of this motion was served by electronic mail, and electronically through the eelectronic filing manager, to the Appellant's attorney, Angie Creasy, at angie.creasy@traviscountytx.gov, and through E-File Texas.

John N. de la Viña
Attorney At Law